IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JON GREGORY DAVIS,

      Plaintiff,                    No. 2:12-cv-1582 DAD P

    vs.

JERRY W. SMITH, et al.,

      Defendants.            <u>ORDER FOR PAYMENT</u>

_____/    <u>OF INMATE FILING FEE</u>

To: The Sheriff of Butte County, Attention: Jail/Sheriff Clerks, 33 County Center Drive, Oroville, California 95965:

        Plaintiff, a county jail inmate proceeding in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Butte County Sheriff is required to send to the Clerk of the Court payments from plaintiff's inmate trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. 28 U.S.C. § 1915(b)(2).

        Good cause appearing therefore, IT IS HEREBY ORDERED that:

        1. The Sheriff of Butte County or a designee shall collect from plaintiff's inmate trust account monthly payments from plaintiff's trust account in an amount equal to twenty

1

1 percent (20%) of the preceding month's income credited to the inmate's trust account and
2 forward payments to the Clerk of the Court each time the amount in the trust account exceeds
3 $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has
4 been paid in full.  The payments shall be clearly identified by the name and number assigned to
5 this action.

6     2. The Clerk of the Court is directed to serve a copy of this order and a copy of
7 plaintiff's signed in forma pauperis affidavit on the Sheriff of Butte County, Attention:
8 Jail/Sheriff Clerks, 33 County Center Drive, Oroville, California 95965.

9     3. The Clerk of the Court is directed to serve a copy of this order on the Financial
10 Department of the court.

11 DATED: August 2, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

14 DAD:9
davi1582.butte