IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JON GREGORY DAVIS,

    Plaintiff,                      No. 2:12-cv-0582 DAD P

    vs.

JERRY W. SMITH, et al.,

    Defendants.             ORDER TO SHOW CAUSE

_____/

        Plaintiff is a county jail inmate proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff, the only party to appear in this action, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). See Doc. No. 7.

        By order filed December 11, 2012, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. Thirty days from that date have now passed, and plaintiff has not filed a second amended complaint, or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this order plaintiff shall show cause in writing, if any he has, why this action should not be

/////

1

1 dismissed without prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).  Failure to respond to
2 this order will result in the dismissal of this action without prejudice.
3 DATED: January 31, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7 davi12cv1582.osc