UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON GREGORY DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JERRY W. SMITH,<br><br>　　　　　Defendants. | No. 2:12-cv-1582 DAD P<br><br><br>ORDER |

Plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. (See Doc. No. 11.) Thirty days has long since passed, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order. In addition, plaintiff has failed to respond to the order to show cause issued by the court following his failure to file a second amended complaint. (See Doc. No. 12.)

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).[1]

Dated: January 27, 2014

　　　　　　　　　　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DAD:9
davi1582.fta

---

[1] Plaintiff has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636. (Doc. No. 7)

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28